UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-01061 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 9, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| DONALD SNYDER, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:       January 12, 2010<br>Time:       9:00 a.m.<br>Court:      Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from January 12, 2010 to February 9, 2010, and that time be excluded under the Speedy Trial Act between January 12, 2010 and February 9, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery and defense counsel is reviewing that discovery and performing investigation and legal research. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. In addition, defense counsel will be engaged in a trial before Judge Wilken on January 12, 2010 and will therefore be unable to appear. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01061 SBA

1  3161(h)(7)(A) and (B)(iv),

2  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

3  January 12, 2010 to February 9, 2010 at 9:00 a.m., and that time between January 12, 2010 and

4  February 9, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of

5  counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

6

7  DATED:  _1/11/10                              _Saundra B Armstrong_
                                                 HON. SAUNDRA BROWN ARMSTRONG
8                                                United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01061 SBA            2