1
2
3                     UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5                              OAKLAND DIVISION
6
7   UNITED STATES OF AMERICA,           )   No. CR-09-01061 SBA
                                        )
8        Plaintiff,                     )   ORDER GRANTING STIPULATED
                                        )   REQUEST TO CONTINUE HEARING
9        v.                             )   DATE TO MARCH 9, 2010 AND TO
                                        )   EXCLUDE TIME UNDER THE SPEEDY
10  DONALD SNYDER,                      )   TRIAL ACT
                                        )
11       Defendant.                     )   Date:   February 9, 2010
                                        )   Time:   9:00 a.m.
12                                      )   Court:  Hon. Saundra Brown
                                        )           Armstrong
13  _____ )

14
        The parties jointly requested that the hearing in this matter be continued from February 9,
15
2010 to March 9, 2010, and that time be excluded under the Speedy Trial Act between February
16
9, 2010 and March 9, 2010 to allow for the effective preparation of counsel, taking into account
17
the exercise of due diligence, and continuity of defense counsel.  The government has produced
18
discovery and defense counsel is reviewing that discovery and performing investigation and
19
legal research.  Defendant needs additional time to review the discovery that has been produced
20
and to investigate this matter.  The parties agree the ends of justice served by granting the
21
continuance outweigh the best interests of the public and defendant in a speedy trial.  For these
22
stated reasons, the Court finds that the ends of justice served by granting the continuance
23
outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing
24
therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
25
        **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01061 SBA            3

1  February 9, 2010 to March 9, 2010 at 9:00 a.m., and that time between February 9, 2010 and

2  March 9, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of

3  counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

5  DATED:  2/9/10

                                     _/s/ Saundra B Armstrong_
6                                       HON. SAUNDRA BROWN ARMSTRONG
                                     United States District Judge