BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SNYDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-01061 SBA | |
| ) | | |
| Plaintiff, ) | ORDER GRANTING STIPULATED | |
| ) | REQUEST TO CONTINUE HEARING | |
| v. ) | DATE TO APRIL 13, 2010 AND TO | |
| ) | EXCLUDE TIME UNDER THE SPEEDY | |
| DONALD SNYDER, ) | TRIAL ACT | |
| ) | | |
| Defendant. ) | Date: | March 9, 2010 |
| ) | Time: | 9:00 a.m. |
| ) | Court: | Hon. Saundra Brown |
| ) | | Armstrong |
| ) | | |

The parties jointly requested that the hearing in this matter be continued from March 9, 2010 to April 13, 2010, and that time be excluded under the Speedy Trial Act between March 9, 2010 and April 13, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery and defense counsel is reviewing that discovery and performing investigation and legal research. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01061 SBA           1

1  stated reasons, the Court finds that the ends of justice served by granting the continuance
2  outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing
3  therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
4  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  March 9, 2010 to April 13, 2010 at 9:00 a.m., and that time between March 9, 2010 and April 13,
6  2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
7  taking into account the exercise of due diligence, and continuity of defense counsel.

DATED: 3/8/10

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01061 SBA                    2