UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-01061 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED |
| v. | ) ) | REQUEST TO CONTINUE HEARING DATE TO MAY 4, 2010 AND TO |
| DONALD SNYDER, | ) ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) ) | Date: April 13, 2010<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 13, 2010 to May 4, 2010, and that time be excluded under the Speedy Trial Act between April 13, 2010 and May 4, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has disclosed paper discovery as well as detailed FTK reports on the contents of computers and a hard drive. The defense continues to review those materials and recently reviewed the contents of a hard drive at the FBI. The defense needs additional time to perform follow-up investigation related to the FTK reports and the review of the contraband images. In addition, defense counsel needs additional time to research the relevant provisions of the Federal Sentencing Guidelines, and to meet with defendant regarding case strategy. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests

1  of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18
2  U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
3      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
4  April 13, 2010 to May 4, 2010 at 9:00 a.m., and that time between April 13, 2010 and May 4,
5  2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
6  taking into account the exercise of due diligence.

8  DATED: 4/16/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge