1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5          OAKLAND DIVISION
6

UNITED STATES OF AMERICA,          )    No. CR-09-01061 SBA
7                                   )
        Plaintiff,                  )    [PROPOSED] ORDER GRANTING
8                                   )    STIPULATED REQUEST TO CONTINUE
        v.                          )    HEARING DATE TO MAY 18, 2010 AND
9                                   )    TO EXCLUDE TIME UNDER THE
DONALD SNYDER,                      )    SPEEDY TRIAL ACT
10                                  )
        Defendant.                  )    Requested Date:May 18, 2010
11                                  )    Time:          9:00 a.m.
                                    )    Court:         Hon. Saundra Brown
12                                  )                   Armstrong
_____  )
13

14

15         The parties jointly requested that the hearing in this matter be continued from May 4,

16  2010 to May 18, 2010, and that time be excluded under the Speedy Trial Act between May 4,

17  2010 and May 18, 2010 to allow for the effective preparation of counsel, taking into account the

18  exercise of due diligence.  The defense is reviewing paper discovery as well as detailed FTK

19  reports on the contents of computers and a hard drive and needs additional time for that purpose.

20  In addition, defense counsel needs additional time to research the relevant provisions of the

21  Federal Sentencing Guidelines, and to meet with defendant regarding case strategy.  The parties

22  agree the ends of justice served by granting the continuance outweigh the best interests of the

23  public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of

24  justice served by granting the continuance outweigh the best interests of the public and defendant

25  in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

26  and (B)(iv),

1    **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from May

2    4, 2010 to May 18, 2010 at 9:00 a.m., and that time between May 4, 2010 and May 18, 2010 is

3    excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into

4    account the exercise of due diligence.

5

6    DATED: __5/3/10_____          _____

7                                       HON. SAUNDRA BROWN ARMSTRONG

8                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01061 SBA          4