BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SNYDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD SNYDER,<br><br>Defendant. | No. CR-09-01061 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 2, 2010 FOR JUDGMENT AND SENTENCING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER<br><br>Date: September 14, 2010<br>Time: 10:00 a.m. |

The above-captioned matter is set on September 14, 2010 at 10:00 a.m. before this Court for judgment, plea and sentencing. The parties jointly request that this Court continue the matter to November 2, 2010 at 10:00 a.m., and that the Court continue to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) and §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and November 2, 2010.

This is a child pornography possession and production case, and on May 11, 2010, the parties submitted a Federal Rule of Criminal Procedure 11(c)(1)(C) agreement to the Court for the Court's consideration. The Court took the plea agreement under submission and set this matter for sentencing on September 14, 2010. The Court also referred the matter to the United States Probation Office for a full pre-sentence investigation. Mr. Snyder previously consented to

a pre-plea investigation and to have his report disclosed to the Court before his plea of guilty.

There are several reasons for this continuance. First, Mr. Snyder's defense counsel is out of the office on a medical leave and, in late June 2010, the Federal Public Defender assigned this case to new defense counsel, Angela Hansen, who needs additional time to familiarize herself with this case before proceeding with sentencing. Second, last week defense counsel was alerted to a medical issue Mr. Snyder is having at the county jail and needs time to collect medical records so that accurate medical information can be included in the Presentence Investigation Report in the event Mr. Snyder needs to be treated while in the custody of the Bureau of Prisons. Finally, Probation Officer Constance Cook informed the parties that she would like additional time to prepare the pre-sentence report. For this reason, the parties agree that it would be appropriate to continue Mr. Snyder's sentencing date to November 2, 2010, which is the Court's next available date. Defense counsel contacted the Probation Officer, and Ms. Cook informed the parties that she is available on November 2, 2010.

Because the Court has taken the parties' proposed agreement under submission, the parties agree that time should continue to be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the Government.

Moreover, because the requested continuance will allow new defense counsel to review the discovery and to familiarize herself with the case, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that because Mr. Snyder has new defense counsel, the failure to grant this continuance would unreasonably deny defendant continuity of counsel. The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that time should also be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: July 30, 2010

/S/
JOSHUA HILL
Assistant United States Attorney

DATED: July 30, 2010

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

/S/ ANGELA M. HANSEN

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2. Given that Mr. Snyder has agreed to a pre-plea, pre-sentence investigation and to disclose the Presentence Investigation Report before his plea of guilty;

3. Given that the Court has taken the proposed plea agreement under submission until the Probation Office can prepare the Presentence Investigation Report;

4. Given that newly assigned defense counsel needs additional time to review this case to prepare for sentencing and to collect Mr. Snyder's medical records so that this information can be presented to the Probation office for the report,

5. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

6. Given that defense counsel is out on leave and that the Federal Public Defender assigned new defense counsel to handle this case, and that the failure to grant this continuance would unreasonably deny defendant continuity of counsel;

7. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

8. Given that the United States Probation Officer assigned to this case would like additional time to prepare the report; and

9. Given that all parties, including Probation, are available on November 2, 2010 and agree to this continuance.

Based on these findings, IT IS HEREBY ORDERED that the judgment, plea and sentencing hearing date of September 14, 2010, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for November 2, 2010, at 10:00 a.m.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(G) from ***September 14, 2010*** to November 2, 2010, based on the Court's consideration of the proposed plea agreement to be entered into by defendant and the attorney for the government. It is FURTHER ORDERED that time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from ***September 14, 2010*** to November 2, 2010, for continuity of counsel and also for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED:_8/3/10

Saundra B Armstrong
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge