BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant SNYDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>           Plaintiff,                              )<br>                                                            )<br>      v.                                                  )<br>                                                            )<br>                                                            )<br>DONALD SNYDER,                           )<br>                                                            )<br>           Defendant.                           )<br>                                                            )<br>_____) | No. CR-09-01061 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 25, 2011 FOR JUDGMENT AND SENTENCING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER<br><br>Date:    November 2, 2010<br>Time:    10:00 a.m. |

The above-captioned matter is set on November 2, 2010 at 10:00 a.m. before this Court for judgment, plea and sentencing.  The parties jointly request that this Court continue the matter to January 25, 2011, at 10:00 a.m., and that the Court continue to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) and §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and January 25, 2011.

This is a complex child pornography possession and production case, and on May 11, 2010, the parties submitted a Federal Rule of Criminal Procedure 11(c)(1)(C) agreement to the Court for the Court's consideration.  The Court took the plea agreement under submission and set this matter for sentencing.  The Court also referred the matter to the United States Probation Office for a full pre-sentence investigation.  Mr. Snyder previously consented to a pre-plea

Stip. Req. To Continue Sentencing, No.
CR-09-01061 SBA

1  investigation and to have his report disclosed to the Court before his plea of guilty.

2        There are several reasons for this continuance.  First, the draft Presentence Investigation
3  Report was disclosed to the parties on October 8, 2010.  The parties need additional time to
4  assess the Guidelines calculation in the draft report and to conduct legal research and
5  investigation to determine if the Guidelines were appropriately calculated.  Additionally, defense
6  counsel recently received medical records for Mr. Snyder and needs to provide these records to
7  the Probation Office for the final report.  The parties have contacted Probation Officer Constance
8  Cook and she is in agreement with this continuance.  For these reasons, the parties agree that it
9  would be appropriate to continue Mr. Snyder's sentencing date to January 25, 2011.  All parties,
10 including Ms. Cook, are available on this date.

11       Because the Court has taken the parties' proposed agreement under submission, the
12 parties agree that time should continue to be excluded in accordance with the provisions of the
13 Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), based on the Court's consideration of the proposed
14 plea agreement to be entered into by the defendant and the attorney for the Government.

15       Moreover, because the requested continuance will allow defense counsel time to review
16 the recently disclosed draft report and to research and to investigate the factual circumstances
17 regarding enhancements that the Probation Office applied to Mr. Snyder's base offense level, the
18 parties agree that the failure to grant this continuance would unreasonably deny counsel for
19 defendant the reasonable time necessary for effective preparation, taking into account the
20 exercise of due diligence.  The parties further stipulate and agree that the ends of justice served
21 by this continuance outweigh the best interest of the public and the defendant in a speedy trial.
22 Accordingly, the parties agree that time should be excluded pursuant to 18 U.S.C. §§
23 3161(h)(7)(A) and (B)(iv).

24 //
25 //
26 //

1  DATED: October 13, 2010                    /S/
                                        JOSHUA HILL
2                                       Assistant United States Attorney

3
   DATED: October 13, 2010                    /S/
4                                       ANGELA M. HANSEN
                                        Assistant Federal Public Defender
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Sentencing, No.
CR-09-01061 SBA                          3

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2. Given that Mr. Snyder has agreed to a pre-plea, pre-sentence investigation and to disclose the Presentence Investigation Report before his plea of guilty;

3. Given that the Court has taken the proposed plea agreement under submission until the Probation Office can prepare a final Presentence Investigation Report;

4. Given that the Probation Office recently disclosed the draft report to the parties, and given that the parties need time to research and to investigate to determine whether or not the Guidelines were appropriately calculated;

5. Given that defense counsel recently received Mr. Snyder's medical records and given that those records need to be submitted to the probation office for the final report;

6. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

7. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial; and

8. Given that all parties, including the Probation Office, are available on January 25, 2011, and agree to this continuance.

1  Based on these findings, IT IS HEREBY ORDERED that the judgment, plea and
2  sentencing hearing date of November 2, 2010, scheduled at 10:00 a.m., before the Honorable
3  Saundra Brown Armstrong, is vacated and reset for January 25, 2011, at 10:00 a.m.
4  IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act pursuant
5  to 18 U.S.C. § 3161(h)(1)(G) from *November 2, 2010* to January 25, 2011, based on the Court's
6  consideration of the proposed plea agreement to be entered into by defendant and the attorney
7  for the government.  It is FURTHER ORDERED that time is excluded pursuant to 18 U.S.C. §§
8  3161(h)(7)(A) and (B)(iv), from the date of this Stipulation to January 25, 2011, for effective
9  preparation of defense counsel, taking into account the exercise of due diligence.

11  DATED:_10/13/10                                         _____*Saundra B Armstrong*_____
                                                            HON. SAUNDRA BROWN ARMSTRONG
12                                                          United States District Judge

Stip. Req. To Continue Sentencing, No.
CR-09-01061 SBA                              5