UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.  CR 09-1061 SBA** |
| ) | |
| Plaintiff, ) | **PRELIMINARY ORDER OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| DONALD SNYDER, ) | |
| a/k/a "riccisdad53," ) | |
| ) | |
| Defendant(s). ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on January 25, 2011, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. HP Pavilion A1600N, serial number MXF649009D;

b. HP Pavilion laptop computer, serial number CN30819922;

c. Rock Mobile external hard drive, serial number 070014725; and

d. All digital media containing child pornography or used to access child pornography, such as disks, thumb drives, webcams, etc.,

pursuant to Title 18, United States Code, Section 2253.

1    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the time of his sentencing on January 25, 2011 and as such, was made part of the sentence and included in the judgment dated January 31, 2011.

IT IS SO ORDERED this __11__ day of June 2013.

_Saundra B Armstrong_
SAUNDRA B. ARMSTRONG
United States District Judge